# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**ALICE HAGGARD and DONETTE L. HAGGARD,**
**Special Administrator of the Estate of Sylvester Haggard, deceased,**

        Plaintiffs,

    V.        CASE NUMBER: **03-C-356**

**ANGELA L. BUHALOG and**
**NICOLE BARTLETT,**

        Defendants.

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendants' Motion for Summary Judgment is GRANTED.**
**Plaintiffs' claim against Nicole Bartlett that she was deliberately indifferent to Sylvester Haggard's serious medical condition, in violation of 42 U.S.C. § 1983, and that she committed medical malpractice is dismissed pursuant to the plaintiffs' stipulation that they could not prove their case against her.**
**Plaintiffs' claim against Angela L. Buhalog that she was deliberately indifferent to Sylvester Haggard's serious medical condition, in violation of 42 U.S.C. § 1983 is**

dismissed because there is no genuine issue of material fact and she is entitled to judgment as a matter of law.

This action is hereby DISMISSED.

| | |
|---|---|
| **August 21, 2006** | **SOFRON B. NEDILSKY** |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |